MATHIAS LEHN, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Argued October 19, 1894; decided November 2, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 27, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Henry Yonge* for appellant.

*James D. Bell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. ───────────

JOHN FUROT, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 19, 1894; decided November 2, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 8, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Hamilton Harris* for appellant.

*William P. Fiero* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., not voting.
Judgment affirmed.